William L. DUDLEY v. STATE. (5 Div. 393.) (Court of Appeals of Alabama. May 8, 1923. Rehearing Denied Oct. 16, 1923.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Frank M. de Graffenried, of Seale, for appellant. Harwell G. Davis, Atty. Gen., for the State. Certiorari denied by Supreme Court in Ex parte Dudley, 210 Ala. 698, 97 South. 923.

SAMFORD, J. The judgment in this case is affirmed, on authority of Ex parte Roberson, 123 Ala. 103, 26 South. 645, 82 Am. St. Rep. 107, and Talbert v. State, 140 Ala. 96, 37 South. 78. Affirmed.

(99 South. 925)

Will DULANEY v. STATE. (2 Div. 293.) (Court of Appeals of Alabama. Feb. 19, 1924.) Appeal from Circuit Court, Marengo County; John McKinley, Judge. Violating prohibition law.

SAMFORD, J. Appeal dismissed.

(98 South. 923)

Jack DUNN v. STATE. (6 Div. 276.) (Court of Appeals of Alabama. Dec. 4, 1923.) Appeal from Circuit Court, Walker County; E. L. Lacy, Judge.

SAMFORD, J. Appeal dismissed.

(95 South. 924)

DURHAM v. STATE. (8 Div. 957.) (Court of Appeals of Alabama, April 3, 1923.) Appeal from Circuit Court, Madison County; Osceola Kyle, Judge. Douglass Taylor, of Huntsville, for appellant. Harwell G. Davis, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

BRICKEN, P. J. Affirmed.

(96 South. 940)

DURHAM v. STATE. (8 Div. 58.) (Court of Appeals of Alabama. June 12, 1923.) Appeal from Circuit Court, Madison County; Robert C. Brickell, Judge.

SAMFORD, J. Affirmed.

(98 South. 923)

C. J. EASTER v. CITY OF BIRMINGHAM. (6 Div. 344.) (Court of Appeals of Alabama. Dec. 18, 1923.) Appeal from Circuit Court, Jefferson County; Wm. E. Fort, Judge.

FOSTER, J. Affirmed for want of assignments of error.

(96 South. 940)

EDWARDS v. STATE. (5 Div. 429.) (Court of Appeals of Alabama. April 17,

1923.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. James Edwards was convicted of crime, and he appeals. Reversed and remanded. Frank M. de Graffenried, of Seale, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. The questions involved on this appeal are identical with the questions presented and by this court decided in the case of Charlie Hall v. State, 95 South. 904 [1] (April 3, 1923). Upon authority of that case the judgment appealed from in the instant case is reversed and remanded. Reversed and remanded.

(98 South. 923)

R. H. EGGLESTON, Trustee, v. R. M. SALIBA et al. (6 Div. 315.) (Court of Appeals of Alabama. Nov. 20, 1923.) Appeal from Circuit Court, Jefferson County; Roger Snyder, Judge. Rudulph & Smith, of Birmingham, for appellant. Black & Harris, of Birmingham, for appellees.

SAMFORD, J. Appeal dismissed by agreement.

(98 South. 923)

John ELLIOTT v. STATE. (1 Div. 526.) (Court of Appeals of Alabama. Nov. 20, 1923.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge.

BRICKEN, P. J. Affirmed.

(94 South. 924)

EPSTEIN et al. v. HAMMOND. (6 Div. 11.) (Court of Appeals of Alabama. Nov. 30, 1922.) Appeal from Circuit Court, Jefferson County; Romaine Boyd, Judge. Ellis Epstein, of Birmingham, for appellants. W. M. Woodall, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(96 South. 940)

ESTES v. STATE. (6 Div. 43.) (Court of Appeals of Alabama. May 17, 1923.) Appeal from Circuit Court, Cullman County, Robert C. Brickell, Judge. A. A. Griffith, of Cullman, for appellant. Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed on motion of appellant.

(96 South. 940)

EVANS v. STATE. (4 Div. 718.) (Court of Appeals of Alabama. June 20, 1922. Rehearing Denied June 5, 1923.) Appeal from Circuit Court, Houston County; H. A. Pearce, Judge. Farmer, Merrill & Farmer, of Dothan, for appellant. Harwell G. Davis, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

BRICKEN, P. J. Reversed and remanded, on authority of Walter Moss v. State, ante, p. 14, 96 South. 447.